**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE AARON ANDRYS, | No. C 12-084 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| R. GROUNDS, Warden; et al., | |
| Defendants. | |

The court dismissed this action with leave to file an amended complaint so that plaintiff could show that he had standing to assert his claim. The court cautioned that "[f]ailure to file the amended complaint by the deadline will result in the dismissal of the action." Order Of Dismissal With Leave To Amend, p. 3. Plaintiff failed to file an amended complaint and the deadline by which to do so has long passed. Plaintiff's Article III standing has not been established. Accordingly, this action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: July 23, 2012

_____
SUSAN ILLSTON
United States District Judge