UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE AARON ANDRYS, | No. C 12-084 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| R. GROUNDS, Warden; et al., | |
| Defendants. | |

This action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 23, 2012

_____
SUSAN ILLSTON
United States District Judge