**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE AARON ANDRYS,

         Plaintiff,

    v.

R. GROUNDS, Warden; et al.,

         Defendants.

                                /

No. C 12-084 SI (pr)

**JUDGMENT**

This action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 23, 2012

                              _____
                                 SUSAN ILLSTON
                       United States District Judge